IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD L. PRUITT,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF,

    Defendant(s).

No C 07-06485 VRW (PR)

ORDER OF DISMISSAL

On February 11, 2008, the court notified plaintiff at his new mailing address that his prisoner civil rights action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved prisoner in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with all of the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Pruitt, E1.or1.wpd