Clerk of Court

**RECEIVED**

APR - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam

I recieve your's letter denying my claim. I am here At Bexar Detention Center. I do not have any source of income At this time. However I did have A deputy here At the Detention Center to check my account And I did send you that signature on two seperate claims, CV-07-6485 And CV-07-6486 - I sent them Both in the same letter. There is No Print out. I sent you what is Available to me.

I Edward Leonard Pruitt do declare that I do not at this time have ANY monies. And I have not Earn Any money since May 24-2007. Thank You. God Bless!

March 27-2008

Respectfully
Edward Pruitt

Edward Pruitt
Sid# 814025
200 N. Comal
San Antonio, TX.
78207

Please Respond...

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PRUITT,

        Plaintiff,

v.

ALAMEDA COUNTY SHERIFF et al,

        Defendant.
        _____/

Case Number: C07-6485 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Edward Leonard Pruitt 814025
Bexal County Jail
PFN AMA 698
200 N. Comal C104
San Antonio, TX 78207

Dated: March 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein*

I donot Have Any money.
MaRcH 27-2008 $ ¢.10

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PRUITT,

           Plaintiff,

v.

CDC, et al,

           Defendant.

Case Number: C07-6486 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Leonard Pruitt 814025
Bexal County Jail
PFN AMA 698
200 N. Comal C104
San Antonio, TX 78207

Dated: March 25, 2008

           Richard W. Wieking, Clerk
           By: Cora Klein, Deputy Clerk

           *Cora Klein*

I donot Have ANY money.
March 27-2008 $ ¢.10

Edward Pruitt
Sid# 814025
200 N. Comal
San Antonio, TX.
78207

Legal mail



Mailed From 78205
03/31/2008
$00.41⁰
US POSTAGE
049J82013211

Office of the Clerk
U.S. District Court
Northern California District
450 Golden Gate AVE
SAN Francisco Calif.
94102